## HARTMAN ET AL. *v.* CADDINGTON

[No. 106, September Term, 1969.]

*Decided November 20, 1969.*

The cause was argued before HAMMOND, C. J., and BARNES, FINAN, SINGLEY and SMITH, JJ.

*Robert E. Bullard* for appellants.

*Frank W. Wilson* for appellee.

PER CURIAM.

The appeal must be dismissed because there was no final judgment below from which an appeal could be taken. After a jury verdict, appellants filed a motion for judgment n.o.v. or in the alternative a new trial and the trial court granted a new trial.

*Appeal dismissed with costs.*